## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:17-cr-0026 |
| | ) | |
| RON DELANO KUNTZ, KEAON WILSON, | ) | |
| and SHAWN MCINTOSH, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

**BEFORE THE COURT** is Defendant Shawn McIntosh's ("McIntosh") *Motion for New Trial for Brady/Giglio Violation*, filed on July 12, 2018. (ECF No. 411.) Defendants Keaon Wilson ("Wilson") and Ron Delano Kuntz ("Kuntz") joined in the motion on July 14, 2018. (ECF Nos. 413 and 414.) For the reasons stated in the Memorandum Opinion of even date, the Defendants Shawn McIntosh, Keaon Wilson, Ron Delano Kuntz's motions for new trial based on *Brady/Giglio* violation, ECF Nos. 411, 413, and 414, are **DENIED**.

**Dated:** November 5, 2020

/s/ *Robert A. Molloy*
**ROBERT A. MOLLOY**
**District Judge**