## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:17-cr-0026** |
| | ) | |
| **RON DELANO KUNTZ, KEAON WILSON,** | ) | |
| **and SHAWN MCINTOSH,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ERRATA ORDER

**COMES NOW** the Court and issues this Order to correct the following scrivener's errors in the Memorandum Opinion, dated November 5, 2020, ECF No. 504.

On page 4, in Section II, Legal Standard, line four, delete the following: "*United States v. Davis*, 397 F.3d 173, 181 (3d Cir. 2005) (affirming that a district court may order a new trial "'only if it believes that . . . an innocent person has been convicted.'" (quoting *United States v. Johnson*, 302 F.3d 139, 150 (3d Cir. 2002));" ;

On page 4, in Section II, Legal Standard, line 9, delete ";" after "marks omitted);" and replace with a ".";

The resulting sentence reads: "*See United States v. Ortiz*, 182 F. Supp. 2d 443, 446 (E.D. Pa. 2000) ("Whether to grant a Rule 33 motion lies within the district court's sound discretion.") (citation and quotation marks omitted)."

It is further **ORDERED** that a copy of this Order be served on all counsel of record.

**Dated:** November 13, 2020

*/s/ Robert A. Molloy*

**ROBERT A. MOLLOY**
**District Judge**